RECEIVED
IN LAKE CHARLES, LA.

OCT 22 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:06CR 20093 |
| VS. | : | JUDGE MINALDI |
| BRUCE C. FRAZIER | : | MAGISTRATE JUDGE KAY |

### MEMORANDUM ORDER

Presently before the court is a Motion for Reconsideration[1] [doc. 32] filed by the *pro se* defendant, Bruce C. Frazier ("Frazier").

Frazier previously filed a MOTION to Modify Sentence, styled as "Motion to Correct Sentence to Reflect Court's Intent at Sentencing" [doc. 30], which was denied by the court [doc. 31] on May 7, 2009. In the court's order, the defendant was instructed that his proper remedy is to file a petition for writ of *habeas corpus*. In the present motion, Frazier asserts that he does not have "enough time left to make such an effort worthwhile" and asks the court to simply grant him credit for time served without filing the proper pleadings. The defendant's argument is not persuasive. The court lacks jurisdiction to grant the motion in its present form. Accordingly,

IT IS ORDERED that the defendant's Motion for Reconsideration is DENIED.

Lake Charles, Louisiana, this 22 day of October, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Originally styled as a "Motion to Correct Sentence."